# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                              MDL No. 2804

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −31)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 619 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 24, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office.

Attest: Sandy Opacich, Clerk
U.S. District Court
Northern District of Ohio

By: s/R. Bradway
    Deputy Clerk



IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  MDL No. 2804

## SCHEDULE CTO−31 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 4 | 18−00708 | St. Clair County, Alabama v. Actavis LLC et al |
| CALIFORNIA EASTERN | | | |
| CAE | 1 | 18−00626 | County of Mariposa, et al v. Amerisourcebergen Drug Corporation et al |
| CAE | 1 | 18−00630 | County of Tuolumne, et al v. Amerisource Bergen Drug Corporation et al |
| CAE | 2 | 18−01135 | County of Sacramento v. Amerisourcebergen Drug Corporation et al |
| CAE | 2 | 18−01137 | County of Lassen v. Amerisourcebergen Drug Corporation et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 5 | 18−02693 | County of Monterey v. Amerisourcebergen Drug Corporation et al |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 18−00882 | County of San Diego et al v. Amerisourcebergen Drug Corporation et al |
| FLORIDA NORTHERN | | | |
| FLN | 1 | 18−00086 | ALACHUA COUNTY v. PURDUE PHARMA LP et al |
| NEW JERSEY | | | |
| NJ | 2 | 18−08845 | BERGEN COUNTY v. PURDUE PHARMA L.P. et al |
| WASHINGTON WESTERN | | | |
| WAW | 3 | 18−05361 | Clallam County v. Purdue Pharma, L.P. et al |